# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**CARLOS D. LINDSEY,**

    **Plaintiff,**

  v.                                       Case No. 18-CV-1249

**DANE ESSER and**
**STEVEN SCHNEIDER,**

    **Defendants.**

## ORDER

    Carlos D. Lindsey is Wisconsin state prisoner representing himself in this 42 U.S.C. § 1983 action. Both parties filed for summary judgment. In support of their motion for summary judgment, the defendants filed a portion of the prison's internal policy with respect to the use of force. They have asked me to keep that document under seal, explaining that Lindsey has had opportunity to review it and that allowing this policy to be public could result in inmates having access to it, which would compromise inmate, staff, and institution safety as well as public safety. Specifically, knowledge of these procedures could allow inmates to devise methods to hide contraband and manipulate use of force tactics. I have reviewed the document. In light of the sensitive material it contains, and because Lindsey has had access to it, I will grant their motion to seal.

    **THEREFORE, IT IS HEREBY ORDERED** that the defendants' motion to seal (Docket # 29) is **GRANTED**. Docket document number 34-3 shall remain under seal.

Dated at Milwaukee, Wisconsin this 7th day of February, 2020.

> BY THE COURT:
>
> s/*Nancy Joseph*
> NANCY JOSEPH
> United States Magistrate Judge